**George Richard DOWLER,**
**Plaintiff—Appellant,**

v.

**Mary Ann SAAR; The Department of Public Safety & Correctional Services; John H. Price, Warden, Defendants—Appellees.**

No. 05–6418.

United States Court of Appeals,
Fourth Circuit.

Submitted July 27, 2005.

Decided Aug. 4, 2005.

George Richard Dowler, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Richard Dowler appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dowler v. Saar,* No. CA–04–1591–RWT (D.Md. Feb. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*